**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WENDY BAEZ,

                        Plaintiff,

-against-

MI PUEBLO CORP. (dba DON POLI MARKET),
ET AL.,

                        Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

23-CV-02097 (RER) (MMH)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated September 15, 2025, (ECF No. 24 (the "R&R")), Magistrate Judge Marcia M. Henry recommended that the Court deny with prejudice plaintiff Wendy Baez's "Request for Sum Certain Default Judgment." (*Id.*) Judge Henry advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed with prejudice.

The Clerk of Court is directed to enter judgment and close this case.

SO ORDERED.

Hon. Ramón E. Reyes, Jr.
Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2025.09.30 11:03:03 -04'00'
_____

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 30, 2025
       Brooklyn, New York