UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WENDY BAEZ,

                           Plaintiff,                    JUDGMENT

     v.

                                                     23-CV-02097 (RER) (MMH)

MI PUEBLO CORP. (dba DON POLI
MARKET), ET AL.,

                           Defendants.
----------------------------------------------------------------X

        An Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on September 30, 2025, adopting the Report and Recommendation of Magistrate Marcia M. Henry, dated September 15, 2025, dismissing this action with prejudice; and directing the Clerk of Court to enter judgment and close this case; it is

        ORDERED and ADJUDGED that this action is dismissed with prejudice.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       September 30, 2025                                  Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                             Deputy Clerk